UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>CARRIE L. TOLSTEDT,<br><br>            Defendant. | Case No.  20-cv-07987-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Susan van Keulen for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge van Keulen.

**IT IS SO ORDERED.**

Dated:  August 11, 2022

_____
JON S. TIGAR
United States District Judge