

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

San Francisco
Regional Office

March 15, 2023

**By ECF Filing**

Honorable Jon S. Tigar
United States District Judge
Courtroom 6, 2d Floor
1301 Clay Street
Oakland, CA 94612

Re:  *SEC v. Tolstedt*, 20-cv-07987-JST (N.D. Cal.)

Dear Judge Tigar,

As counsel for the Plaintiff, Securities and Exchange Commission (the "Commission"), I write to inform the Court that defendant, Carrie L. Tolstedt, has provided to us a signed offer to settle this case, which we will recommend the Commission accept.

In order for the offer to be accepted, first, the Commission must consider and approve those terms, and second, the Court must consider and approve them. We anticipate that the first step may take 60 days; if obtaining the Commission's consideration proves to take longer, we will notify the Court by no later than May 15, 2023.

Respectfully submitted,

 /s/ *Susan F. LaMarca*
Susan F. LaMarca
Counsel for Plaintiff Securities and
Exchange Commission
lamarcas@sec.gov
(415) 713-5257